DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERTA WRINN,**
Appellant,

v.

**TOWN OF DAVIE,**
Appellee.

No. 4D20-280

[July 29, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE16-3083.

Kenneth D. Cooper of Kenneth D. Cooper, P.A., Fort Lauderdale, for appellant.

Joan Carlos Wizel of Lydecker Diaz, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***